NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WEBER, INC.,**
*Appellant*

**v.**

**PROVISUR TECHNOLOGIES, INC.,**
*Appellee*

_____

2025-1272

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01557.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                 WEBER, INC. V. PROVISUR TECHNOLOGIES, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

February 10, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 10, 2026